UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CGAI THAO, | No. 1:19-cv-00803-GSA |
|---|---|
| Plaintiff, | |
| v. | **ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | **(Doc. 13)** |

On February 25, 2020, Plaintiff and Defendant stipulated to dismissal of the above-captioned case. Doc. 13. Accordingly, the Clerk of Court is hereby directed to close the case.

IT IS SO ORDERED.

Dated: **February 26, 2020**          /s/ Gary S. Austin
                                                            UNITED STATES MAGISTRATE JUDGE

1